914

No. 554, Misc. BUYALOS *v.* COX, WARDEN. District Court of New Mexico, First Judicial District. Certiorari denied. *F. Gordon Shermack* for petitioner.

No. 555, Misc. RESOR *v.* COX, WARDEN. District Court of New Mexico, First Judicial District. Certiorari denied. *F. Gordon Shermack* for petitioner.

No. 558, Misc. CREASEY *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 560, Misc. ELIASON *v.* STATE ROADS COMMISSION OF MARYLAND ET AL. Court of Appeals of Maryland. Certiorari denied.

No. 562, Misc. HOBBS *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 565, Misc. SPRIGGS *v.* PIONEER CARISSA GOLD MINES, INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 567, Misc. BECKETT *v.* BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 607, Misc. WILLIAMS *v.* ALABAMA. Supreme Court of Alabama. Certiorari denied.

No. 588, Misc. MORTON *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *James J. Laughlin* for petitioner. *Solicitor General Cox* for the United States.

No. 556, Misc. STANTON *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.